UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>  Defendants. | Civil Action No. 25-3788 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2026 minute order, Plaintiff American Oversight and Defendant the Department of Homeland Security ("DHS") and the Federal Emergency Management Agency ("FEMA") respectfully submit this Joint Status Report. The parties report as follows:

1. This lawsuit stems from seven FOIA requests that Plaintiff submitted to DHS. Defendants have identified a universe of potentially responsive records and update the Court regarding the status of each request as follows.

    a. **Philip Hegseth Request (2025-HQFO-04051)**: 249 pages of text messages and 308 pages of emails.

    b. **Civil Society Agency Communications Request (2025-HQFO-04213)**: twelve pages of text messages and 104 pages of emails. Additionally, FEMA has identified forty five pages of potentially responsive records.

    c. **Los Angeles Deployment Key Terms Request (2025-HQFO-04726)**: thirty-two pages of text messages and 867 pages of emails.

    d. **Los Angeles Deployment External Communications Request (2025-HQFO-4727)**: DHS does not have any records responsive to this request.

    e. **Military Parade Request (2025-HQFO-04757)**: 363 pages of emails.

    f. **DOGE Request (2025-HQFO-04936)**: forty-two pages of emails

    g. **South Sudan Request (2025-HQFO-05876)**: thirty-one pages of text messages and 8,988 pages of emails.

2.    DHS will endeavor to process 500 pages of potentially responsive records each month. Plaintiffs can expect to receive the first production of non-exempt portions of potentially responsive records by February 13, 2026 barring any delays due to an anticipated lapse in appropriations.

3.    DHS estimates it will finish processing all records potentially responsive to each request by December 2027. Plaintiff plans to confer with DHS to narrow the scope of potentially responsive records in the above requests.

4.    Barring a lapse in appropriations, FEMA anticipates completing its processing by April 13, 2026.

5.    The parties respectfully propose filing another joint status report in thirty days, on March 13, 2026.

\*    \*    \*

| | |
|---|---|
| Dated: February 11, 2026<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney |
| */s/ Daniel Martinez*<br>Daniel Martinez<br>D.C. Bar No. 90025922<br>Jessica Jensen<br>D.C. Bar No. 1048305<br>AMERICAN OVERSIGHT<br>1030 15th Street NW, B255<br>Washington, DC 20005<br>(202) 897-2465<br>danny.martinez@americanoversight.org<br><br>*Counsel for Plaintiff* | By:        */s/ John J. Bardo*<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |